IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN ALLEN

    Plaintiff,

vs.

ADMINISTRATIVE OFFICE OF
THE PENNSYLVANIA COURTS,
OR THE OFFICE OF THE SUPREME
COURT OF PENNSYLVANIA

  and

ALLEGHENY COUNTY ADMINISTRATION,
PENNSYLVANIA

    Defendants.

CIVIL ACTION NO. 07-1617

TYPE OF PLEADING:
Motion For Urgency Injunctions
To Place A Stay On Child Support
Lawsuits, And To Prevent
Governmental Retaliations

CODE AND CLASSIFICATION:
Motion

FILED ON BEHALF OF:
John Allen, Pro Se

INDIVIDUAL OF RECORD
FOR THIS PARTY:
John Allen, Pro Se

P.O. Box 3706
Pittsburgh, PA 15230
724-761-0278

AND NOW, THIS 1st DAY OF Dec 07, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*/s/ Gary L. Lancaster*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE