# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN ALLEN<br><br>    Plaintiff,<br><br>vs.<br><br>ADMINISTRATIVE OFFICE OF<br>THE PENNSYLVANIA COURTS,<br>OR THE OFFICE OF THE SUPREME<br>COURT OF PENNSYLVANIA<br><br>and<br><br>ALLEGHENY COUNTY ADMINISTRATION,<br>PENNSYLVANIA<br><br>    Defendants. | CIVIL ACTION NO. 07-1617<br><br>2007 DEC 10 PM 12:50<br>CLERK U.S. DISTRICT COURT |

TYPE OF PLEADING:
Motion For Authorization To
Obtain Service Process Without
Prepayment Of Marshal Fees

CODE AND CLASSIFICATION:
Motion

FILED ON BEHALF OF:
John Allen, Pro Se

INDIVIDUAL OF RECORD
FOR THIS PARTY:
John Allen, Pro Se

P.O. Box 3706
Pittsburgh, PA 15230
724-761-0278

AND NOW, THIS 14th DAY OF Dec 07, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*/s/ Gary L. Lancaster*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE